No. 364, Misc. JONES *v.* HULSE ET AL. C. A. 8th Cir. Certiorari denied. *D. Jeff. Lance* for respondents.

No. 365, Misc. LUCIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 368, Misc. WILLIFORD *v.* WILLINGHAM, WARDEN. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 370, Misc. CRISAFI *v.* OLIVER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 371, Misc. DILLON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Ivan E. Barris* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 372, Misc. HUBBARD *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 375, Misc. TUCKER *v.* STEFFES, JUDGE. Sup. Ct. Wis. Certiorari denied. *Sydney M. Eisenberg* for petitioner.

No. 384, Misc. GARCIA *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 385, Misc. JENKINS *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.